# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2077

_____

| | | |
|---|---|---|
| Pamela Harris, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| QCA Health Plan, Inc., | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: December 6, 2011
Filed:  January 20, 2012

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Pamela Harris appeals the district court's[1] adverse grant of summary judgment in her Title VII and 42 U.S.C. § 1981 action.  After de novo review, see Tusing v. Des Moines Indep. Cmty. Sch. Dist., 639 F.3d 507, 514 (8th Cir. 2011), we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable D. Price Marshall, United States District Judge for the Eastern District of Arkansas.